AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:24-mj-70315-MAG-1 |
| Max Yang Chen | ) | |
| | ) | Charging District:    Western District of New York |
| *Defendant* | ) | Charging District's Case No.  24-CR-40-JLS |

**AMENDED ORDER REQUIRING A DEFENDANT TO APPEAR IN
THE DISTRICT WHERE CHARGES ARE PENDING AND
TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: Western District of NY | Courtroom No.:  TBD |
|---|---|
| | Date and Time:    3/22/24 at 11:00AM |

The clerk is ordered to transfer any bail **plus accrued interest** deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    03/05/2026

*Susan van Keulen*
*Judge's signature*

Honorable Susan van Keulen U.S. Magistrate Judge
*Printed name and title*

cc:USMS/PTS